IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 9 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00448-BNB

DANIEL G. JOHNSON,

    Applicant,

v.

SARA M. REVELL, Warden,

    Respondent.

---

## ORDER OF DISMISSAL

---

On March 4, 2008, Applicant submitted several documents to the Court titled, "Petitioner's Supplemental Petition for Writ of Habeas Corpus", "Motion for Expedited Hearing", "Motion for Court's Approval for Petitioner to File a Supplemental Petition", and a "Motion for Payment of Transcripts of Sentencing Under the Criminal Justice Act" in the instant action. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, Magistrate Judge Boyd N. Boland entered an order in which he construed the documents as filed pursuant to 28 U.S.C. § 2241 and determined that the documents are deficient. Mr. Johnson was instructed to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and to file his claims on a Court-approved form used in filing 28 U.S.C. § 2241 actions in this Court.

On March 27, 2008, as opposed to curing the deficiencies, Applicant submitted a Letter to the Court asking that this Court investigate the pending transfer of a § 2241

action, Case No. 07-cv-00476-TUC-DCB, from the United States District Court for the District of Arizona (District of Arizona). Also on March 27, 2008, the District of Arizona transferred Case No. 07-cv-00476-TUC-DCB to this Court based on the District of Arizona's January 23, 2008, Order that found jurisdiction for the case in the District of Arizona to be improper and a transfer to this Court under 28 U.S.C. § 1631 appropriate.

In the instant action, Mr. Johnson raises the same claims that he raises in Case No. 08-cv-00660-BNB, the action that now is before this Court pursuant to the District of Arizona's transfer of Case No. 07-cv-00476-TUC-DCB to this Court. Because Applicant has been granted leave to proceed *in forma pauperis* in the case transferred from the District of Arizona and because the transferred case contains the original date that Applicant initiated his § 2241 action, the Court will dismiss the instant action and allow Case No. 08-00660-BNB to go forward. Accordingly, it is

ORDERED that the instant Application is denied and the action is dismissed without prejudice as duplicative.

DATED at Denver, Colorado, this ___8___ day of ___April___, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00448-BNB

Daniel G. Johnson
Reg. No. 13449-208
U.S. Penitentiary
PO Box 7000
Florence, CO 81226-7000

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/9/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk